## JANUARY TERM, 1844.

### THOMAS COTTON *v.* JANE PARKER, ADM'X.

A rehearing will be granted, as a general rule, when the party applying has complied
strictly with the rule of the Court, in procuring the certificate of two respectable coun-
sel in support of it, but not otherwise.

THIS case had been submitted at the present term of the Court, for final hearing, and the Chancellor had ordered a decree against the complainant.

A motion was entered upon the motion-docket for a rehearing, accompanied with a petition; signed, however, only by the complainant's solicitor.

By the CHANCELLOR. A petition for a rehearing will never be allowed, unless the rule requiring two respectable counsel to certify that they have examined the papers and think the case should be reinvestigated, has been complied with. In such case I should, as a general rule, however well satisfied I might be with my former opinion, not hesitate to grant a reargument. It is not, in any case, a matter of right; but in the exercise of that discretion with which I am clothed, I shall never prevent the fullest discussion, or refuse to hear additional argument, where, in the manner and under the guards prescribed by the rule on that subject, it is requested of me.